

1350 Broadway, Suite 1410, New York, NY 10018
phone: 646-843-8180 | fax: 646-478-9768
km@mintzerfirm.com | www.mintzerfirm.com
Kevin Mintzer, Attorney At Law

January 17, 2023

VIA ECF
Hon. Hector Gonzalez
United States District Judge
Eastern District of New York
New Brooklyn, New York, 11201

      Re:    Delkhah v. New York Presbyterian Methodist Hospital
             22-Civ-3929 (HG)

Dear Judge Gonzalez:

We represent plaintiff Dr. Yana Delkhah in the above case. On behalf of all parties, we write, per Your Honor's Order of November 28, 2022, to update the Court about the status of settlement. The parties participated in a day-long mediation, as scheduled, on January 3, 2023. No agreement was reached at the mediation. Following the mediation, the parties have continued to communicate about settlement with the assistance of the mediator, Dina R. Jansenson, Esq. The parties will update the Court promptly if these discussions result in a settlement-in-principle.

The parties are available to answer any questions that the Court may have about this letter.

                        Respectfully submitted,


                        /s/Kevin Mintzer


cc: Counsel of Record